UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ERNEST PHELPS, et al.,           )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )     Case No. 4:07CV366   CDP
                                 )
DAPHNE DEMELLO,                  )
                                 )
          Defendant.             )

## ORDER AND MEMORANDUM

Defendant removed this case from state court on the basis of diversity

jurisdiction, and filed a motion to dismiss for failure to state a claim upon which

relief may be granted.  Plaintiffs have responded to the motion to dismiss, but they

have not addressed a jurisdictional question that arises from the face of the

pleadings.

Plaintiffs' state-court petition alleged that defendant Daphne DeMello was

"at all relevant times, a Missouri citizen."  Defendant's removal petition alleges

that she "was a resident of the State of Arizona before and at the time of

commencement of this lawsuit against her."  Thus, defendant does not allege her

own citizenship, but instead alleges only her residence, which is not necessarily

the same thing.  Defense counsel obviously knows that they are two different

things, since the removal notice also alleged that plaintiffs "were citizens and

residents" of Missouri.  As defendant has failed to allege her own citizenship, I am

not sure that I have jurisdiction of this case.  If she is a Missouri citizen she cannot

remove this case.  28 U.S.C. § 1441(b).  Additionally, if she is a Missouri citizen

there is no diversity of citizenship under 28 U.S.C. § 1332.  Additionally, even if

she had alleged that she is not a citizen of Missouri, I would have difficulty

accepting that allegation because plaintiff has alleged the opposite.  I need some

proof, or a stipulation by both parties, that diversity of citizenship exists in this

case.

Federal jurisdiction must be properly shown before I can rule on the motion

to dismiss or take any other substantive action in the case.  Therefore,

**IT IS HEREBY ORDERED** that no later than **March 12, 2007** defendant

must show cause why this case should not be summarily remanded to state court.

Because there are conflicting averments, defendant must do this by presenting

evidence, in the form of an affidavit or otherwise, of her own citizenship, or by

stipulation, if plaintiffs now agree that defendant is a citizen of different state.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2007.